IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 NOV 16 PM 12: 43

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM MICHAEL HANSEN,<br><br>Defendant. | No. 16cr231F<br><br>26 U.S.C. § 5861(d)<br>(Unlawful Possession of a<br>Destructive Device) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about July 13, 2016, through and including on or about July 15, 2016, in the District of Wyoming, the Defendant, **ADAM MICHAEL HANSEN**, knowingly possessed a firearm as defined by 26 U.S.C. § 5845(a)(8) and (f)(1)(A), that is, an improvised explosive bomb, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d), 5841, and 5871.

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_[signature]_
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | ADAM MICHAEL HANSEN |
| **DATE:** | November 15, 2016 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Cheyenne** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **26 U.S.C. § 5861(d)**<br>(Unlawful Possession of a Destructive Device)<br><br>0 to 10 Years Imprisonment<br>Up to $10,000 Fine<br>Up to 3 Years Supervised Release<br>$100 Special Assessment<br>Class "C" Felony |
| **AGENT:** | C. Alex Buehler, ATF |
| **AUSA:** | Thomas Szott, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |